UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In Re:                                                  Case No. 10-14501-JCC

John Edward Test

    Debtor(s).

                                                   Chapter 13

**OBJECTION OF REGIONS MORTGAGE FKA UNION PLANTERS BANK
TO CONFIRMATION REGARDING REAL PROPERTY LOCATED AT
425 CHEROKEE SPRINGS DRIVE, RESACA, GA 30735**

Comes now REGIONS MORTGAGE FKA UNION PLANTERS BANK, for just cause, and files this written objection to confirmation pursuant to 11 USC 1324. Your Creditor objects and asks that a hearing be held and for grounds says that the plan was not made in good faith; that the plan is unfeasible; that the arrearage listed in the plan is too low; and that the arrearage exceeds $41,769.00.

    WHEREFORE, PREMISES CONSIDERED, Creditor prays:

1. That confirmation be denied.

2. That Movant be awarded its attorney fees and costs incurred in this action.

3. For any and all further relief to which it may be entitled.

Respectfully submitted,

/s/ Sharon N. Fewell
Sharon N. Fewell #19193
Harry R. Cash #009385
Attorney for Regions Mortgage
Law Offices of Shapiro & Kirsch, LLP
6055 Primacy Parkway, Ste. 410
Memphis, TN 38119
Phone: 901-767-5566
Fax: 901-767-8890
sfewell@logs.com
and
Harry R. Cash
Grant, Konvalinka & Harrison
Suite 900, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
(423) 752-0571

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing has been electronically served or mailed, postage prepaid on September 13, 2010

1. Brent James
   Harriss Hartmann Law Firm
   P.O. Box Drawer 220
   Rossville, GA 30741

2. John Edward Test
   PO Biox 645
   Ringgold, GA 30736

3. C. Kenneth Still
   P.O. Box 511
   Chattanooga, TN 37401

/s/ Sharon N. Fewell
Sharon N. Fewell #19193